Rel: July 11, 2025

**Notice:** This opinion is subject to formal revision before publication in the advance sheets of **Southern Reporter**. Readers are requested to notify the **Reporter of Decisions**, Alabama Appellate Courts, 300 Dexter Avenue, Montgomery, Alabama 36104-3741 ((334) 229-0650), of any typographical or other errors, in order that corrections may be made before the opinion is published in **Southern Reporter**.

# ALABAMA COURT OF CIVIL APPEALS

## SPECIAL TERM, 2025

_____

### CL-2023-0239

_____

**Rena Meeks**

**v.**

**Opp Health and Rehabilitation, LLC**

**Appeal from Covington Circuit Court**
**(CV-21-900059)**

After Remand from the Alabama Supreme Court

PER CURIAM.

The prior judgment of this court has been reversed, and the case has been remanded by the Supreme Court of Alabama, which held that Rena Meeks did not preserve for appellate review her argument that she was entitled to recover workers' compensation benefits based on the

theory that she had suffered a nonaccidental injury. Ex parte Opp Health & Rehabilitation, LLC, [Ms. SC-2024-0266, May 23, 2025] ___ So. 3d ___ (Ala. 2025).

Because Meeks's only arguments on appeal are derived from her contention that she had suffered a nonaccidental injury, those arguments cannot serve as a basis for reversal of the judgment of the Covington Circuit Court ("the trial court"). Therefore, on remand to this court, and in compliance with the supreme court's opinion in Ex parte Opp Health & Rehabilitation, LLC, supra, we now affirm the judgment of the trial court.

AFFIRMED.

Moore, P.J., and Hanson and Fridy, JJ., concur.

Edwards, J., concurs in the result, without opinion.

Bowden, J., recuses himself.